UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-00084-D-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| ROMAN LAIBIDA | ) | |

The United States Attorney for the Eastern District of North Carolina, joined by the defendant, has moved the Court to dismiss the pending Indictment in the above-captioned matter. The parties cite the fact that the defendant has successfully completed the Pre-Trial Diversion program.

For good cause shown and upon due deliberation the Court hereby GRANTS the Motion to Dismiss. The Indictment pending against this defendant shall be dismissed with prejudice.

So ORDERED this 12 day of June, 2014.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE